IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ISLAND CITY SNOWMOBILE &
ATV CLUB, INC.,

    Appellant,                                                                          Case No.  19-cv-652-wmc

    v.

RYAN BROWN,

    Appellee.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the

decision of the United States Bankruptcy Court for the Western District of

Wisconsin and dismissing this case.


     s/V. Olmo, Deputy Clerk                                          5/29/2020
    Peter Oppeneer, Clerk of Court                                     Date